David C. Marcus
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
213-443-5300 phone
213-443-5400 fax

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lawon Exum, individually and on behalf of all others similarly situated,<br>Plaintiff(s)<br>v.<br>Sony Pictures Entertainment Inc.,<br>Defendant(s). | CASE NUMBER<br>2:15-cv-00111-RGK-SH<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HACE VICE*** |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Levine, Noah A.                                    of    Wilmer Cutler Pickering Hale and Dorr LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    7 World Trade Center
                                                              250 Greenwich Street
212-230-8800          212-230-8888                            New York, NY 10007
*Telephone Number*     *Fax Number*

noah.levine@wilmerhale.com
*E-Mail Address*                                              *Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Sony Pictures Entertainment Inc.

*Name(s) of Party(ies) Represented*     ☐ Plaintiff   ✓ Defendant   ☐ Other: _____

**and designating as Local Counsel**

Marcus, David C.                                   of    Wilmer Cutler Pickering Hale and Dorr LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    350 South Grand Avenue, Suite 2100
                                                              Los Angeles, CA 90071
158704                213-443-5300
*Designee's Cal. Bar Number*    *Telephone Number*

                      213-443-5400
                      *Fax Number*                            *Firm Name & Address*

                                                              david.marcus@wilmerhale.com
                                                              *E-Mail Address*

**hereby ORDERS the Application be:**

    X   **GRANTED**.
    ☐   **DENIED.** Fee shall be returned by the Clerk.
    ☐   **DENIED.** For failure to pay the required fee.

**Dated:** February 03, 2015

*/s/ Gary Klausner/*
_____
**U.S. District Judge**